AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

JUN 12 2014

United States of America
v.
AHMAD 'UMAR AGHA
(a/k/a "THE PRO")
FIRAS DARDAR
(a/k/a "THE SHADOW")

*Defendant(s)*

Case No. 1:14-MJ-292

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2011 - January 2014  in the county of  Fairfax  in the
 Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC § 371 | Conspiracy |

This criminal complaint is based on these facts:

Please see attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*
Patrick DiMauro, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  6/12/14 

City and state:   Alexandria, VA 

/s/Thomas Rawles Jones, Jr.
*Judge's signature*
The Honorable T. Rawles Jones, Jr.
U.S. Magistrate Judge
*Printed name and title*

Reviewed and Approved by AUSA Jay V. Prabhu