AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2025 OCT 29 A 11: 07

| United States of America | ) |
|---|---|
| v. | ) |
| AHMAD 'UMAR AGHA, | ) Case No. 1:18-CR-221 |
| a/k/a, | ) |
| "THE PRO" | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AHMAD 'UMAR AGHA a/k/a, "THE PRO"                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1: 18 U.S.C. § 371 Conspiracy to commit computer fraud and related activity
Count 2: 18 U.S.C. § 1349 Conspiracy to commit wire fraud
Count 3-11: 18 U.S.C. § 1028A Aggravated identity theft

Date: 5/17/18

_____
*Issuing officer's signature*

Kathy Roberts - Deputy Clerk
*Printed name and title*

City and state: _____

### Return

This warrant was received on *(date)* 5/7/2018, and the person was arrested on *(date)* 10/28/2025
at *(city and state)* Alexandria, VA.

Date: 10/29/2025

_____
*Arresting officer's signature*

Steven Brunson, FBI Special Agent
*Printed name and title*