Judge: **Michael S. Nachmanoff**

Date: 11/6/2025　　　　　　　　　　　　　　　　　　　　　　　　Reporter: Diane Salters
Time: 9:57 A.M. to 11:08 A.M.　　　　　　　　　　　　　Courtroom Deputy: Lynnelle Creek
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Interpreter: Ghada Attieh
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Language: Arabic

**UNITED STATES of AMERICA**
　　　　　Vs.

| **AHMAD 'UMAR AGHA** | **1:18-CR-221** |
|---|---|
| Defendant's Name | Case Number |
| Zachary Deubler | Laura Withers and Jacques Singer Emery |
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions　　　　　　　　　　( ) Setting Trial Date　　　( ) Change of Plea Hrg.　　( ) Rule 35
(✓) Arraignment　　　　　　　( ) Appeal from USMC　　( ) Sentencing　　　　　　　　( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.　　　　　　　　　( ) Pre-Indictment Plea　　( ) Other: _____

Defendant appeared:　　(✓) in person　　　　　　　( ) failed to appear
　　　　　　　　　　　　　　　　(✓) with Counsel　　　　　( ) without counsel　　　　( ) through counsel

Filed in open court:
( ) Criminal Information　　( ) Plea Agreement　　( ) Statement of Facts　　( ) Waiver of Indictment　　(✓) Discovery Order

**ARRAIGNMENT AND PLEA**:

(✓) WFA　　( ) FA　　( ) PG　　(✓) PNG　　Trial by Jury:　　(✓) Demanded　　( ) Waived

- 
- Case continued to **12/18/2025 at 10:00:00 a.m.** for a **Status Conference**.
- Defense notes objection in open court.
- Speedy Trial time excluded.
- Defendant remanded.