IN IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMAD 'UMAR AGHA,<br>a/k/a, "THE PRO,"<br><br>Defendant. | Criminal No. 1:18-CR-221 |

## **ORDER**

Before the Court is a motion by the United States to Certify this Case as Complex Under the Speedy Trial Act. In accordance with 18 U.S.C. § 3161(h)(7)(B)(ii) of the Speedy Trial Act, for the reasons set forth in the motion and for good cause shown, the Court hereby GRANTS the motion. Specifically, the Court finds pursuant to 18 U.S.C. § 3161(h)(7) that the case is unusual and complex and that the ends of justice served in scheduling a trial beyond the seventy-day deadline established by the Speedy Trial Act outweigh the best interest of the public and the defendants in a speedy trial.

Based on representations made by the United States, the Court notes that the discovery in this case is likely to be voluminous and complex and that proceedings under the Classified Information Procedures Act, 18 U.S.C. app. 3, may be required. The Court therefore finds that the ends of justice require period in which the parties can coordinate discovery, assess the impact of classified material, and the defense can receive and assess evidence to determine a reasonable schedule for trial.

Accordingly, it is hereby ORDERED that a status conference will be set for December 18, 2025, and that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period from the Defendant's first appearance on October 29, 2025, through the status hearing date to be scheduled, shall be excluded in computing the time within which the trial must commence.

Date: 11/7/25
Alexandria, Virginia

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
UNITED STATES DISTRICT JUDGE