UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMAD 'UMAR AGHA,<br>*Defendant.* | Case Number 1:18-cr-221 |

ORDER

Upon consideration of Defendant's Motion for Pretrial Conference, ECF 25, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. The Parties should be prepared to discuss a CIPA schedule and trial schedule at the status conference on December 18, 2025, at 10:00 a.m.; and it is further

ORDERED that the government's request for a pre-motion *ex parte* and *in camera* hearing is GRANTED and is scheduled for December 11, 2025, at 10:30 a.m.

IT IS SO ORDERED.

The Clerk's Office is directed to send a copy of this Order to all counsel of record and to the United States Pretrial Services.

/s/
Michael S. Nachmanoff
United States District Judge

December 9, 2025
Alexandria, Virginia