## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

UNITED STATES OF AMERICA,

v.

Case No.: 1:18-CR-221-MSN-1

AHMAD 'UMAR AGHA,
    *Defendant.*

### ORDER

THIS MATTER comes before the Court on the defendant's Motion to Substitute CJA co-counsel; specifically for the substitution of CJA attorney Jessica Carmichael for CJA panel attorney Marc Eisenstein as co-counsel in the above captioned matter.

It APPEARING to the Court that such motion is proper, considering the representations of counsel. It FURTHER APPEARING to the Court that the defendant's motion is unopposed;

It is thereby ORDERED that attorney Marc Eisenstein is substituted as co-counsel, pursuant to the Criminal Justice Act, and that attorney Jessica Carmichael's appearance is stricken from the case.

THE CLERK IS DIRECTED to send a copy of this Order to all counsel of record.

ENTERED this 9 day of _____ January _____, 2026.

/s/

_____
Michael S. Nachmanoff
United States District Judge

Hon. Michael S Nachmanoff