IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMAD 'UMAR AGHA,<br>       a/k/a "THE PRO,"<br><br>Defendant. | Case No. 1:18-CR-221 |

**JOINT MOTION FOR ENTRY OF A SUPPLEMENTAL PROTECTIVE ORDER**

      The United States of America, by and through its undersigned counsel, and the defendant, by and through his counsel, respectfully request that the Court enter the attached Protective Order, pursuant to Federal Rule of Criminal Procedure 16(d)(1), Federal Rule of Evidence 502(d), and Title 18, U.S. Code, Section 3771(a)(8). In support thereof, the government states as follows:

      1.     During the investigation, the United States has gathered or generated a large number of documents, including electronic records. These documents and electronic records include, but are not limited to, forensic images of digital devices, business records, law enforcement investigative reports, and court documents. Some of these documents and records contain privileged and confidential information and/or personal identifiers for alleged victims, including corporations and individuals, of the charged crimes, as well as FBI sources and undercover and covert employees.

      2.     These documents and records also contain evidence against the co-conspirator in this case, a foreign national who remains at large. Premature public disclosure of details of the evidence against him may lead to the destruction or concealment of evidence.

3.       The United States intends to produce these documents and electronic records, in accordance with the Federal Rules of Criminal Procedure, relevant case law, and any discovery order that is entered in this matter, as quickly as feasible.  However, the volume of discovery and the need to produce much of the data in its original format makes redaction impossible.

4.       Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents and electronic records obtained through discovery.  In sum, the proposed Protective Order prohibits the dissemination of these documents and electronic records and the information contained therein to third parties, other than as necessary for the defendant's investigation of the allegations and the preparation of his defense. In addition, the proposed Protective Order prohibits the defendant from reviewing any Protected Material outside of the presence of certain designated individuals.

***

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

|  |  |
|---|---|
|  | Todd W. Blanche |
| Seen & Agreed: | Deputy Attorney General |
|  |  |
| __/s/_____ | By: ___/s/_____ |
| Zachary A. Deubler | Laura D. Withers |
| Marc Eisenstein | Assistant United States Attorney |
| Counsel for Defendant | United States Attorney's Office |
|  | 2100 Jamieson Avenue |
|  | Alexandria, Virginia 22314 |
|  | Tel: (703) 299-3700 |
|  | laura.withers@usdoj.gov |
|  |  |
|  | Jacques Singer-Emery |
|  | Kyle Finnegan |
|  | Trial Attorneys |
|  | National Security Cyber Section |