IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

AHMED 'UMAR AGHA,
aka "THE PRO,"

*Defendant.*

Case No. 1:18-CR-221

**ORDER TO SEAL**

This matter having come before the Court on the United States' Motion to Seal pursuant to Local Criminal Rule 49(E) and 18 U.S.C. § 3771, for good cause shown, it is

ORDERED that Government's Exhibits A, B, C, D-1, D-2, D-3, G, H, I-1, I-2, J, K, L, M, N, Q, R, S, T, U, V, W, X, Y, Z, AA, and BB to its sentencing memo shall be maintained under seal and will remain under seal until further order of the Court.

/s/
Michael S. Nachmanoff
United States District Judge

The Honorable Michael S. Nachmanoff
United States District Judge

10/23/26