**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No. 1:18-cr-221 (MSN)** |
| **AHMAD 'UMAR AGHA,** | : | |
| **Defendant.** | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Ahmad 'Umar Agha, through undersigned counsel, pursuant to Local Criminal Rule 49(E), respectfully moves the Court to seal Exhibits B, C, D, and E to his sentencing submission. ECF Dkt. No. 71.

Respectfully Submitted,

*/s/ Marc Eisenstein*
Marc Eisenstein
Coburn & Eisenstein, PLLC
7 Hotel Street
Warrenton, VA 20186
Phone: (703) 963-7164
Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel to Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 30, 2026, a copy of the foregoing was filed with the Clerk of the Court and served on counsel of record.

/s/
Marc Eisenstein